

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00435-CV

Everett W. **GREGORY** Jr. and Marcia Gregory,
Appellant

v.

**BANK OF AMERICA N.A.**, and Jesse R. Mendoza,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05064
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late clerk's record requesting an extension of time in which to file the clerk's record.

We **GRANT** the trial court clerk's request for an extension and ORDER the trial court clerk to file the clerk's record on or before **August 12, 2016**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court